RECEIVED
OCT - 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH ROSHAUN REID | CIVIL ACTION NO. 1:14-CV-03319 |
| VERSUS | JUDGE DRELL |
| BOBBY VENTURA, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Reid's motion for summary judgment (Doc. 49) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 5 day of October, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT